IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| Michael A. Beck | : | |
| | : | |
| Debtor | : | Case No.: 14-17490 |

AMENDED ORDER

AND NOW, this _____ day of _____, 2017, it is hereby Ordered and Decreed that the Modified Mortgage between Wells Fargo Home Mortgage and the Debtor is approved,

It is further Ordered that the Motion to Modify the Chapter 13 Plan is approved.

FURTHER ORDERED:

_____
J.